**No. 11-5296. Taliv Ali, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services, et al.**

565 U.S. 900, 132 S. Ct. 293, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5464.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-5297. Scott A. Burnside, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5550.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5298. Clarence Callies, Petitioner v. United States.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5688.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 266.

**No. 11-5299. Nyka O'Connor, Petitioner v. Officer Borgner, et al.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5745.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5300. Miladin Dobric, Petitioner v. David J. Baron.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5649,

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 830, 892 N.Y.S.2d 900.

**No. 11-5301. Roger L. Hueber, Jr., Petitioner v. New York.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5536.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Fourth Judicial Department, denied.

Same case below, 81 App. Div. 3d 1466, 916 N.Y.S.2d 727.

**No. 11-5303. Daniel Torres-Juarez, Petitioner v. United States.**

565 U.S. 900, 132 S. Ct. 294, 181 L. Ed. 2d 178, 2011 U.S. LEXIS 5610.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.